

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Desmond Dwann Shannon

No. 06-24-00009-CV

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 92360). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We note that the appellant, Desmond Dwann Shannon, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 17, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk